# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| CHRISTOPHER BAKER | § | |
| --- | --- | --- |
| | § | Civil Action No. 4:18-CV-599 |
| v. | § | (Judge Mazzant/Judge Nowak) |
| | § | |
| TIM PUCKETT, ET AL. | § | |
| | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On June 14, 2019, the report of the Magistrate Judge (Dkt. #83) was entered containing proposed findings of fact and recommendations that Plaintiff's "Motion for Summary Judgment Pursuant to Local Rule CV-56" (Dkt. #21) be denied. On June 27, 2019, Plaintiff notified the Court of his non-objection to the report (Dkt. #91).

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiff's "Motion for Summary Judgment Pursuant to Local Rule CV-56" (Dkt. #21) is **DENIED**.

**IT IS SO ORDERED**.

**SIGNED this 26th day of July, 2019.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE